FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:32 pm, Jan 21, 2021

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JASON JEROME SPRINGER, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-70 |
| v. | * | |
| LINDA GETER, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Petitioner Jason Springer ("Springer") did not file Objections to this Report and Recommendation. In fact, the Report and Recommendation was returned to the Court as undeliverable, with the notations: "Return to Sender, Refused, Unable to Forward." Dkt. No. 6, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES without prejudice** Springer's original 28 U.S.C. § 2241 Petition. However, the Court will not direct Respondent to file a response

to the claims Springer sets forth in his Motion to Supplement. Instead, given the Magistrate Judge's observation Springer has moved to another penal institution and neglected to inform the Court of any change in address, as required, the Court **DISMISSES without prejudice** Springer's claims in his Motion to Supplement and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. As noted above, this Court's mailing was returned due to Springer's failure to notify the Court of any change in address. The Court **DENIES** Springer *in forma pauperis* status on appeal.

SO ORDERED, this 21 day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)