AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia


FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 12:23 pm, Jan 26, 2021

JASON JEROME SPRINGER,

Petitioner,

v.

LINDA GETER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV220-70

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered this 21st day of January 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is DISMISSED without prejudice, and Petitioner is DENIED in forma pauperis status on appeal. This case stands closed.

Approved by: HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: January 25, 2021

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020